UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BENRAT D. HENRY,

                    Petitioner,          Case No. C26-5409-JHC-SKV

        v.

DAVID SHOOK,                             ORDER GRANTING LEAVE TO
                                         PROCEED *IN FORMA PAUPERIS*

                    Respondent.

Petitioner's application to proceed with this federal habeas action *in forma pauperis* (Dkt. 6) is GRANTED.  The Clerk is directed to file Petitioner's petition for writ of habeas corpus without the prepayment of fees.  The Clerk is further directed to send a copy of this Order to Petitioner.

DATED this 15th day of June, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING LEAVE TO
PROCEED *IN FORMA PAUPERIS* - 1