UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BENRAT D. HENRY,<br><br>Petitioner,<br><br>v.<br><br>DAVID SHOOK,<br><br>Respondent. | Case No. C26-5409-JHC<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed Petitioner's petition for writ of habeas corpus (Dkt. # 8), the Report and Recommendation of S. Kate Vaughan (Dkt. # 10), United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Petitioner's petition for writ of habeas corpus (Dkt. # 8) and this action are DISMISSED without prejudice.

(3) A certificate of appealability is DENIED under 28 U.S.C. § 2253(c)(2).

//

//

//

(4) The Clerk is directed to send copies of this Order to Petitioner and to the Honorable S. Kate Vaughan.

DATED this 8th day of September, 2026.

JOHN H. CHUN
United States District Judge